NO. 07-11-0508-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 4, 2012

_____

LUCIANO RAMIREZ-CERVANTES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 61,176-E; HONORABLE DOUGLAS R. WOODBURN, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant timely filed a notice of appeal challenging the trial court's *Order of Deferred Adjudication* for possession of a controlled substance.  After the clerk's record was filed on February 10, 2012, it came to this Court's attention that the *Trial Court's Certification of Defendant's Right of Appeal* was defective.  By order dated February 16, 2012, this appeal was abated and the cause was remanded to the trial court with instructions to obtain a corrected certification and cause it to be filed in a supplemental

clerk's record within thirty days of the date of the order.[1]  *See* Tex. R. App. P. 37.1.  The order provided that failure to comply would cause the matter to be referred to the Court for appropriate action.  To date, a corrected certification has not been made a part of the appellate record.  Consequently, we dismiss this appeal.  *See id.*[2]


Per Curiam

Do not publish.

---

[1]The thirtieth day fell on Saturday, March 17, 2012, which was extended to Monday, March 19, 2012, per Rule 4.1(a) of the Texas Rules of Appellate Procedure.

[2]*See also* Tex. R. App. P. 25.2, Notes and Comments, ([i]f a sufficient . . . certification is not filed after the appellate court deals with the defect . . . , preparation of an appellate record and representation by an appointed attorney may cease).